IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MICHAEL YOUNG, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-11-1592 |
| | § | |
| | § | |
| BRENTON DELON GREEN, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Counsel for plaintiffs has filed a motion to quash, (Docket Entry No. 26). The filing of these motions is inconsistent with this court's procedures, which require the following:

> **Any party wishing to make any discovery motion should arrange for a conference with the court before the preparation and submission of <u>any</u> motion papers. Call, fax, or e-mail Mrs. Eddins at Lisa_Eddins@txs.uscourts.gov at any time to arrange for a premotion conference and notify your adversary of the date and time fixed for the conference, subject to the availability of opposing counsel. The fax number is (713) 250-5213. To the extent that the proposed motion can be disposed of upon oral presentation at the conference, this will be done. If papers are necessary, the issues to be addressed and a schedule for the briefs will be defined in the conference.**

This motion is stricken. A premotion conference is set for **June 11, 2012, at 11:00 a.m.**, in Courtroom 11-B, to address the subject matter of the motion.

SIGNED on June 5, 2012, at Houston, Texas.

Lee H. Rosenthal
United States District Judge